JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELA REJRAJI, | Case No. 5:23-cv-00241-CAS-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: April 17, 2023

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE